**James GRAHAM, Appellant, v. STATE, Appellee.**

**No. 26302.**

Court of Criminal Appeals of Texas.

Feb. 18, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of possessing alcoholic beverages for the purpose of sale in a dry area, and his punishment was assessed by the jury at confinement in jail for a period of seven months and a fine of $750.

Appellant has filed his motion stating under oath that he desires to dismiss his appeal.

The motion is granted and the appeal is dismissed.

Opinion approved by the Court.